UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUARDADO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 22-cv-04319-JSW<br><br>**ORDER TO SHOW CAUSE RE CONSOLIDATION OF CASES**<br><br>Re: Dkt. No. 29 |

The Court has received the motion to consolidate cases 22-cv-04319-JSW and 22-cv-06013-JSW. The Court HEREBY ISSUES this order to show cause why related cases 22-cv-01587-JSW, 22-cv-03975-JSW, 22-cv-07455-JSW, and 22-07645-JSW should not also be consolidated. Plaintiff is ordered to file a written response to this order by no later than March 3, 2023. The hearing date of February 24, 2023 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: February 21, 2023

_____
JEFFREY S. WHITE
United States District Judge