1  MICHAEL BRUNO (SBN: 166805)
   ALYSON CABRERA (SBN: 222717)
2  MANA KOLEINI (SBN: 304381)
   PAMELA NG (SBN: 273036)
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone:  (415) 986-5900
5  Facsimile:  (415) 986-8054
   mbruno@grsm.com
6  acabrera@grsm.com
   mkoleini@grsm.com
7  png@grsm.com

8

9  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO
10

11                    UNITED STATES DISTRIC COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14 SELINA KEENE,                        )
                                        )   LEAD CASE NO.: 22-cv-01587-JSW
                       Plaintiff,       )
15                                      )   ORDER GRANTING
                                        )   **MOTION FOR SUBSTITUTION OF**
16     vs.                              )   **FIRM**
                                        )
17 CITY AND COUNTY OF SAN               )
   FRANCISCO et al.                     )
                                        )
18                     Defendants.      )
                                        )
19 DAVID GOZUM,                         )
                                        )
20                                      )   CASE NO.: 22-cv-03975-JSW
                       Plaintiff,       )
21                                      )
       vs.                              )
22                                      )
   CITY AND COUNTY OF SAN               )
23 FRANCISCO et al.                     )
                                        )
24                     Defendants.      )
                                        )
25  JOSEPH COOK,                        )
                                        )   CASE NO.: 22-cv-07645-JSW
26                     Plaintiff,       )
                                        )
27     vs.                              )
                                        )
28 CITY AND COUNTY OF SAN               )
   FRANCISCO et al.                     )

-1-
**MOTION FOR SUBSTITUTION OF FIRM**

| | | | |
|---|---|---|---|
| 1 | | ) | |
| | | Defendants. ) | |
| 2 | | ) | |
| 3 | APRIL MONEGAS, | ) | CASE NO.: 22-cv-04633-JSW |
| | | Plaintiff, ) | |
| 4 | | ) | |
| 5 | vs. | ) | |
| | | ) | |
| 6 | CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH | ) ) ) | |
| 7 | | ) | |
| | | Defendants. ) | |
| 8 | | | |
| 9 | CHARLOTTE R. SANDERS, | ) | CASE NO.: 23-cv-00211-JSW |
| | | Plaintiff, ) | |
| 10 | | ) | |
| 11 | vs. | ) | |
| | | ) | |
| 12 | SAN FRANCISCO PUBLIC LIBRARY et al. | ) | |
| | | ) | |
| 13 | | Defendants. ) | |
| | | ) | |
| 14 | | ) | |
| 15 | DENISE ANGELINA DEBRUNNER et al., | ) | CASE NO.: 22-cv-07455-JSW |
| | | Plaintiff, ) | |
| 16 | | ) | |
| 17 | vs. | ) | |
| | | ) | |
| 18 | CITY AND COUNTY OF SAN FRANCISCO et al. | ) ) | |
| 19 | | ) | |
| | | Defendants. ) | |
| | | ) | |
| 20 | THADDEUS SALEEM SHAHEED, et al., | ) | CASE NO.: 22-cv-06013-JSW |
| 21 | | Plaintiff, ) | |
| | | ) | |
| 22 | vs. | ) | |
| | | ) | |
| 23 | CITY AND COUNTY OF SAN FRANCISCO et al. | ) ) | |
| 24 | | ) | |
| | | Defendants. ) | |
| 25 | | ) | |
| 26 | JOSE GUARDADO, et al., | ) | CASE NO.: 22-cv-04319-JSW |
| | | Plaintiff, ) | |
| 27 | | ) | |
| 28 | vs. | ) | |
| | | ) | |

-2-

**MOTION FOR SUBSTITUTION OF FIRM**

1  CITY AND COUNTY OF SAN          )
   FRANCISCO et al.                )
2                                  )
                    Defendants.    )
3  _____     )

4

5        Pursuant to Civil L.R. 5-1 (c) (2) and Civil L.R. 11-5, Defendant CITY AND COUNTY

6  OF SAN FRANCISCO hereby seeks to have all of its current attorneys of record removed from

7  the lead and all related cases and to have the following attorneys substitute in as counsel of

8  record:

9                              **NEW COUNSEL:**
                        Michael Bruno (SBN: 166805)
10                      275 Battery Street, Suite 2000
                        San Francisco, CA 94111
11                      Phone:  (415) 986-5900
                        Fax: (415) 986-8054
12                      Email:  mbruno@grsm.com

13

14                      Alyson Cabrera (SBN: 222717)
                        275 Battery Street, Suite 2000
15                      San Francisco, CA 94111
                        Phone: (415) 986-5900
16                      Fax: (415) 986-8054
                        Email: acabrera@grsm.com
17
                        Mana Koleini (SBN: 304381)
18                      275 Battery Street, Suite 2000
                        San Francisco, CA 94111
19                      Phone:  (415) 986-5900
                        Fax: (415) 986-8054
20                      Email: mkoleini@grsm.com

21
                        Pamela Ng (SBN: 273036)
22                      275 Battery Street, Suite 2000
                        San Francisco, CA 94111
23                      Phone:  (415) 986-5900
                        Fax: (415) 986-8054
24                      Email: png@grsm.com

25
   The current attorneys of record who need to be removed are as follows:
26
   Keene; Case No. 22-cv-01587-JSW: Deputy City Attorneys Adam Shapiro, Dante Taylor,
27 Lauren Wood, and Peter Cownan.

28 Gozum; Case No. 22-cv-03975-JSW: Deputy City Attorney Amy Super.

                    **MOTION FOR SUBSTITUTION OF FIRM**

1

2   Cook; Case No. 22-cv-07645-JSW: Deputy City Attorneys Dante Taylor and Amy Super.

3   Monegas; Case No. 22-cv-04633-JSW: Deputy City Attorney Peter Cownan.

4   Sanders; Case No. 23-cv-00211-JSW: Deputy City Attorney Adam Shapiro.

5   Debrunner; Case No. 22-cv-07455-JSW: Deputy City Attorneys Lauren Wood and Adam
    Shapiro, and Seyfarth attorneys Coby Turner, Yoon-Woo Nam, Eric Lloyd, and Dawn Solowey.

6
    Shaheed; Case No. 22-cv-06013-JSW: Deputy City Attorneys Lauren Wood and Adam Shapiro,
7   and Seyfarth attorneys Coby Turner, Yoon-Woo Nam, Eric Lloyd, and Dawn Solowey.

8   Guardado; Case No. 22-cv-04319-JSW: Deputy City Attorneys Lauren Wood and Adam
    Shapiro, and Seyfarth attorneys Coby Turner, Yoon-Woo Nam, Eric Lloyd, and Dawn Solowey.

9

10                      **CONSENT TO SUBSTITUION OF COUNSEL**

11          Defendant City and County of San Francisco hereby consents to the aforementioned

12  substitution of counsel.

13

14  By: _Lauren W Wood_

15  Its: _Deputy City Attorney Lauren E. Wood on behalf of CCSF_

16  Dated: _November 6, 2023_

17

18

19  The substitution of firm is hereby approved and so ORDERED:

20  DATE: November 17, 2023                        _____

21                                                 Jeffrey S. White

22                                                 United States District Judge

23

24

25

26

27

28

-4-

**MOTION FOR SUBSTITUTION OF FIRM**